FILED - CLERK
U.S. DISTRICT COURT
2005 FEB -2 PM 1: 44
EASTERN-BEAUMONT
BY M. Perez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA * | |
| * | |
| VS. * | CRIMINAL NO. 1:05-CR- 11 |
| * | Crone - Hines |
| JABAR EUGENE CURRENCE, and * | |
| KEVIN CONWAY * | |

INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

COUNT I

On or about the 19th day of June, 2004, in the Eastern District of Texas, JABAR EUGENE CURRENCE, Defendant herein, being an inmate of the Federal Correctional Complex, Beaumont, Texas, did knowingly and intentionally, in a manner other than simple assault, forcibly assault, resist, oppose, impede, and interfere with Correctional Officer C. Rivers, an employee of the United States, while the Officer was engaged in the performance of his official duties, that is, closing a food slot in the Defendant's cell, by cutting Officer C. Rivers with a dangerous weapon, a razor blade, thereby inflicting bodily injury on Officer Rivers, in violation of Title 18, United States Code, Section 111.

COUNT II

On or about the 19th day of June, 2004, in the Eastern District of Texas, JABAR EUGENE CURRENCE and KEVIN CONWAY, Defendants herein, being inmates of the Federal Correctional Complex, Beaumont, Texas, did knowingly possess a prohibited object,

and an object that was designed and intended to be used as a weapon, namely a hardened plastic shank with a protruding piece of metal, in violation of Title 18, United States Code, Section 1791(a)(2).

A TRUE BILL

_____
GRAND JURY FOREPERSON

MATTHEW D. ORWIG
United States Attorney

_____
DAVID H. HENDERSON
Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| VS. | *   CRIMINAL NO. 1:05-CR- 11 |
| | * |
| JABAR EUGENE CURRENCE, and | * |
| KEVIN CONWAY | * |

## NOTICE OF PENALTY

### COUNT I

Violation: 18 U.S.C. § 111

Penalty: Imprisonment for not more than twenty (20) years, a fine not to exceed $250,000.00, or both. A term of supervised release of not more than five (5) years.

Special Assessment: $100.00 each

### COUNT II

Violation: 18 U.S.C. § 1791(a)(2)

Penalty: Imprisonment for not more than five (5) years, a fine not to exceed $250,000.00, or both. A term of supervised release of not more than three (3) years.

Special Assessment: $100.00 each