IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| *versus* | * | CRIMINAL NO. 1:05-CR-11 |
| | * | |
| JABAR EUGENE CURRENCE and | * | (Hon. Marcia Crone) |
| KEVIN CONWAY | * | |

**VERDICT OF THE JURY**

### COUNT I

We, the Jury, find as to Count I of the Indictment:

JABAR EUGENE CURRENCE          GUILTY     X     NOT GUILTY

### COUNT II

We, the Jury, find as to Count II of the Indictment:

JABAR EUGENE CURRENCE          GUILTY     X     NOT GUILTY

KEVIN CONWAY          GUILTY     X     NOT GUILTY

May 18, 2005
Date

_____
Presiding Juror